**Lawrence Verline WILDER, Sr., Plaintiff—Appellant,**

v.

**TOYOTA MOTOR CREDIT CORPORATION, Defendant—Appellee,**

and

**Equifax Credit Information Services, Defendant.**

**No. 08–1083.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 25, 2008.

Lawrence Verline Wilder, Sr., Appellant Pro Se. Michael N. Russo, Jr., Council, Baradel, Kosmerl & Nolan, PA, Annapolis, Maryland, for Appellee.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's orders denying his mo-

tion to reopen a civil action and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Toyota Motor Credit Corp.,* No. 1:97–cv–01969–WDQ (D. Md. Dec. 4, 2007; Dec. 18, 2007). Wilder's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*